*George E. Phillies* and *Michael Catalano* for appellant.

*Paul H. Reid, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FROESSEL and VAN VOORHIS, JJ.  Taking no part: FULD, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CLINTON HARRELL, Appellant.

Argued October 14, 1954; decided November 18, 1954.

*Morton Friedman* and *Moe L. Tandler* for appellant.

*Edward S. Silver, District Attorney* (*David Diamond* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.